**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

L. C.

Plaintiff,

v.

Case No.: 1:25−cv−02049
Honorable Gabriel A. Fuentes

Fertility Centers of Illinois, PLLC

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, September 11, 2026:

MINUTE entry before the Honorable Gabriel A. Fuentes: Telephonic motion hearing held. Plaintiff's uncontested motion for and memorandum in support of preliminary approval of class action settlement [56] is granted. A fairness hearing date will be set in January 2027. A proposed order should be sent by the parties to the proposed email box: Proposed_Order_Fuentes@ilnd.uscourts.gov by the end of business on 9/11/26. Mailed notice. (jn,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.